BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH MELLO, <br><br> Defendant. | CASE NO. 1:09-CR-00036-LJO <br><br> GOVERNMENT'S REQUEST TO DISMISS INDICTMENT AND ORDER <br> [FED.R.CRIM.PROC. 48(A)] |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and request leave of the Court to dismiss the Indictment without prejudice as to the above-named defendant and recall the arrest warrant in this case, as to the above-named defendant, in the interest of justice.

Dated: April 15, 2014                              BENJAMIN B. WAGNER
                                                    United States Attorney

                                            By:   /s/ LAUREL J. MONTOYA
                                                    LAUREL J. MONTOYA
                                                    Assistant United States Attorney

IT IS SO ORDERED.

   Dated:   **April 16, 2014**                      **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

MELLO MOTION TO DISMISS INDICTMENT; PROPOSED ORDER

1